ONNIE B. O'NEAL, PLAINTIFF-RESPONDENT, v. ARRE O'NEAL, EXECUTOR, ETC., ET AL., DEFENDANTS-PETITIONERS.

See same case below: 9 *N. J. Super.* 36.

*Mr. Oliver Randolph* and *Mr. J. LeRoy Jordan* for the petitioners.

*Mr. David B. Geltzeiler* and *Mr. Julius Wildstein* for the respondent.

October 30, 1950.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. NICHOLAS DE FALCO, DEFENDANT-PETITIONER.

See same case below: 8 *N. J. Super.* 295.

*Mr. Anthony A. Calandra* for the petitioner.

*Mr. Richard J. Congleton, Mr. Edward Gaulkin* and *Mr. C. William Caruso* for the respondent.

October 30, 1950.   Denied.